UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UB STUDENTS FOR LIFE, an expressive student organization at the University at Buffalo; CHRISTIAN ANDZEL; and MATTHEW RAMSEY,<br><br>Plaintiffs,<br><br>v.<br><br>SATISH K. TRIPATHI, in his official capacity as President of University at Buffalo, The State University of New York; DENNIS R. BLACK, individually and in his official capacity as Vice President for University Life and Services; THOMAS R. TIBERI, individually and in his official capacity as Director of Student Life; GERALD W. SCHOENLE JR., individually and in his official capacity as Chief of Police; RICHARD LINDE, individually and in his official capacity as Assistant Chief of Police; KERRY SPICER, individually and in her official capacity as Associate Director of Student Unions and Activities; ELIZABETH HLADCZUK, individually and in her official capacity as Student Life Reservations Coordinator,<br><br>Defendants. | STIPULATION FOR AMENDMENT OF THE SETTLEMENT AND DISCONTINUANCE PURSUANT TO RULE 41(A)<br><br>Case No. 13-cv-00685-WMS-HKS |

WHEREAS, the parties agreed to settle this action pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure and entered into a Stipulation for Settlement and Discontinuance; and

WHEREAS, the Court entered the stipulation on February 19, 2014; and

WHEREAS, the parties have agreed subsequently to amend the payee terms of the stipulation due to an unforeseen issue; and

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED, by and between the undersigned, the attorneys of record for all of the parties in the above-entitled action as follows:

1. Instead of paying Plaintiff UB Students for Life directly, the Defendants will pay the sum of six hundred forty-nine dollars and sixty-three cents (**$649.63**) to plaintiffs by check payable to "Alliance Defending Freedom, IOLTA" and mail the check to plaintiffs' attorney David J. Hacker, at Alliance Defending Freedom, 101 Parkshore Drive, Suite 100, Folsom, California 95630.

2. All other terms of settlement remain the same as order by the Court on February 19, 2014.

Dated: Buffalo, New York

April 28, 2014

                                          DAVID J. HACKER*
                                          California Bar No. 249272
                                          Illinois Bar No. 6283022
                                          **ALLIANCE DEFENDING FREEDOM**
                                          101 Parkshore Drive, Suite 100
                                          Folsom, California 95630
                                          (916) 932-2850
                                          (916) 932-2851 Fax
                                          dhacker@alliancedefendingfreedom.org
                                          *Attorneys for Plaintiffs*

By: _____
      David J. Hacker

Dated: May 7, 2014

                        ERIC T. SCHNEIDERMAN
                        Attorney General of the
                          State of New York
                        *Attorney for the Defendants*

By: /s/ Benjamin K. Ahlstrom

                        BENJAMIN K. AHLSTROM
                        Assistant Attorney General, of Counsel
                        Main Place Tower, Suite 300A
                        350 Main Street
                        Buffalo, New York 14202
                        (716) 853-8440
                        (716) 853-8428 (fax)
                        benjamin.ahlstrom@ag.ny.gov

Dated: 5/30/14

SO ORDERED:

/s/ William M. Skretny

Hon. William M. Skretny
United States District Court Judge

3